**No. 60415.**—Sandoz Chemical Works, Inc. *v.* United States, protest 253187–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of Axelan, which product is not obtained from any oil, fat, or fatty acid, but is derived from castor oil, which is not covered by the statute, the claim of the plaintiff was sustained.

**No. 60416.**—Sandoz Chemical Works *v.* United States, protest 253190–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of Axelan, which product is not obtained from any oil, fat, or fatty acid, but is derived from castor oil, which is not covered by the statute, the claim of the plaintiff was sustained.

**No. 60417.**—K & L Distributors *v.* United States, protest 265922–K (Seattle).

Opinion by JOHNSON, J. In accordance with oral stipulation of counsel that internal revenue tax and duty were improperly assessed upon six cases of champagne which did not arrive and upon three cases of champagne which arrived empty, the claim of the plaintiff was sustained as to said merchandise.

**No. 60418.**—Pino de Luca *v.* United States, protest 249906–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of stone sculptures similar in all material respects to those the subject of Abstract 58592, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION
DECEMBER 12, 1956

**No. 60419.**—Gerhard & Hey Co., Inc. *v.* United States, protest 223148–K (New York).—

JOHNSON, Judge: The merchandise involved in this case consists of decorated chinaware imported from France on or about July 2, 1952. After liquidation of the entry, a protest was filed, stating:

We call your attention to IAD Entry #950371 dated July 7, 1952 which was liquidated March 16th 1953 for additional duty amounting to $99.45.